

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FIRST TRUST PORTFOLIOS L.P.<br>    an Illinois limited partnership, and<br>FIRST TRUST ADVISORS L.P<br>    an Illinois limited partnership,<br><br>        Plaintiffs,<br>v.<br><br>JNL VARIABLE FUND, LLC,<br>    a Delaware limited liability company,<br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br>    a Michigan company,<br>JACKSON NATIONAL LIFE DISTRIBUTORS, LLC<br>    a Delaware limited liability company,<br>JACKSON NATIONAL ASSET MANAGEMENT, LLC,<br>    a Michigan limited liability company,<br>JNL INVESTORS SERIES TRUST,<br>    a Massachusetts business trust, and<br>MELLON CAPITAL MANAGEMENT CORPORATION,<br>    a Delaware corporation,<br><br>        Defendants. | Civil Action No. 07C 3011<br><br><br>Hon. James B. Moran<br><br>Hon. Martin C. Ashman |

 ORDER

This matter coming before the Court on Plaintiffs' Motion And Memorandum In Support To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 41(a)(2), the parties having received due notice and having been fully heard, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiffs' Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 41(a)(2) is GRANTED.

IT IS FURTHER ORDERED that each party shall bear its own costs and attorneys' fees.

PLAINTIFFS' CLAIMS AND DEFENDANTS' COUNTERCLAIMS ARE HEREBY DISMISSED WITHOUT PREJUDICE.

ENTERED:

Date: 4/3/08

*Judge James B. Moran*